424 A.2d 494

**COMMONWEALTH of Pennsylvania**

v.

**Aaron CARROLL, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1980.

Decided Jan. 27, 1981.

Lawrence S. Rosenwald, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Bernard Siegel, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

ORDER

PER CURIAM:

The Judgments of Sentence of the Court of Common Pleas of Philadelphia are affirmed.